1
JODI S. COHEN, CASB No. 151534
jodi.cohen@kyl.com
2
JASON R. LINDSAY, CASB No. 222532
jason.lindsay@kyl.com
3
KEESAL, YOUNG & LOGAN
A Professional Corporation
4
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
5
Telephone:   (562) 436-2000
Facsimile:   (562) 436-7416
6

7
Attorneys for Defendant
PERSHING, LLC
8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  SELECT FIDELITY TRANSFER        )   Case No. CV08-02352 JSL (AGRx)
    SERVICES, LTD.,                 )
14                                  )
                                    )   NOTICE OF REMOVAL OF
15                  Plaintiff,      )   ACTION PURSUANT TO 28
                                    )   U.S.C. §§ 1332(a), 1335(a), AND
16       vs.                        )   1441(a) AND (b)
                                    )
17  GARRI CHERNYAVSKIY, URCHIN      )
    CAPITAL PARTNERS, LLC, and      )
18  PERSHING, LLC,                  )
                                    )
19                                  )
                    Defendants.     )
20                                  )

21

22  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

23  CENTRAL DISTRICT OF CALIFORNIA:

24          PLEASE TAKE NOTICE that Defendant PERSHING, LLC

25  hereby removes to this Court the state court action described below.

26          1.    Defendants have been named as parties in a civil action

27  filed on January 25, 2008, in the Superior Court of the State of California

28  for the County of Los Angeles, Case No. BC384457, entitled Select Fidelity

KYL_LB1139909

1 Transfer Services, LTD. v. Garri Chernyavskiy, Urchin Capital Partners,

2 LLC, Pershing, LLC and DOES 1 through 100, inclusive.  A true and correct

3 copy of the state court complaint is attached hereto as Exhibit "A."

4          2.     The first date upon which Defendant PERSHING, LLC,

5 received a copy of the said complaint was March 21, 2008, when Pershing,

6 LLC was served with a copy of the said complaint and a summons from the

7 said state court.  A true and correct copy of the Summons is attached hereto

8 as Exhibit "B."

9          3.     Pershing, LLC, is named as a defendant in the state court

10 complaint as are Garri Chernyavskiy and Urchin Capital Partners, LLC.

11          4.     Garri Chernyavskiy was served with a Summons and

12 Complaint in this action on or about March 23, 2008, and Garri

13 Chernyavskiy agreed to join in this removal.  Please see Declaration of

14 Jodi S. Cohen in Support of Removal of Action and Joinder in Notice of

15 Removal of Action filed concurrently herewith.

16          5.     Defendant Urchin Capital Partners, LLC has not been

17 served with the state court complaint, so it has not joined in this removal.

18 Please see Declaration of Jodi S. Cohen in Support of Removal of Action

19 filed concurrently herewith.

20          6.     This removal has been effected within 30 days after the

21 first defendant was properly served with the state court complaint.

22          7.     At the time said action was commenced and at all times

23 thereafter, Pershing, LLC was and is a limited liability company organized

24 and existing under the laws of the State of Delaware with its principal place

25 of business in the State of New Jersey, so Defendant Pershing, LLC was

26 and is a citizen of either Delaware or New Jersey.

27

28 ///

KYL_LB1139909

8.    At the time said action was commenced and at all times thereafter, Defendant Garri Chernyavskiy was and is an individual residing within the County of Los Angeles, California, so Defendant Garri Chernyavskiy was and is a citizen of California.

9.    At the time said action was commenced and at all times thereafter, Defendant Urchin Capital Partners, LLC was and is a limited liability company organized and existing under the laws of the State of Delaware with its principle place of business in the County of San Francisco, in the State of California, so Defendant Urchin Capital Partners, LLC was and is a citizen of either Delaware or California.

10.   Defendant Urchin Capital Partners, LLC, has not been served with the state court complaint, so its residency and citizenship are to be disregarded for purposes of this removal.

11.   At the time said action was commenced and at all times thereafter, Plaintiff Select Fidelity Transfer Services, LTD. was and is a corporation organized and existing under the laws of Ontario, Canada, so Plaintiff Select Fidelity Transfer Services, LTD. is a citizen of Ontario, Canada.

12.   Although fictitiously designated defendants (Does 1–100, inclusive) are referred to in the Complaint, such fictitious defendants are to be disregarded for purposes of this petition pursuant to 28 U.S.C. § 1441(a).

13.   This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1335(a) and is one which Defendant is entitled to remove to this court pursuant to 28 U.S.C. §§ 1441(a) and (b) in that the amount at issue in the civil action of interpleader is $500 or more and two or more adverse claimants, of diverse citizenship as defined in subsection (a) or (d) of section 1332 are claiming or may claim to be entitled to such money or property; in addition, the action

KYL_LB1139909

1  is between citizens of different states or foreign states and the matter in
2  controversy exceeds the sum of $75,000, exclusive of interest and costs.
3  Please see Declaration of Jodi S. Cohen in Support of Removal of Action
4  filed concurrently herewith.

5         14.  Pursuant to 28 U.S.C. § 1335(a) this Court has original
6  jurisdiction for this interpleader action because two or more adverse
7  claimants of diverse citizenship exist in that Defendant Garri Chernyavskiy
8  was and is a citizen of the State of California and Defendant Pershing, LLC
9  was and is a limited liability company organized and existing under the
10  laws of the State of Delaware with its principal place of business in the
11  State of New Jersey, so Defendant Pershing, LLC was and is a citizen of
12  either Delaware or New Jersey.

13         15.  Defendant Garri Chernyavskiy and Defendant Pershing,
14  LLC are the only defendants to have been served with the state court
15  complaint in interpleader, so the served defendants comprise the two or
16  more adverse claimants of diverse citizenship as required by 28 U.S.C.
17  § 1335(a).  Defendant Garri Chernyavskiy has submitted a Notice of Joinder
18  in support of this Removal.  Please see Declaration of Jodi S. Cohen in
19  Support of Removal of Action filed concurrently herewith.

20         16.  Pursuant to U.S.C. § 1335(a) this Court has original
21  jurisdiction for this interpleader action because the subject matter of the
22  interpleader is currently valued at approximately $280,000, which is more
23  than the $500 threshold required by the statute.  Please see Declaration of
24  Jodi S. Cohen in Support of Removal of Action filed concurrently herewith.

25         17.  No further proceedings have been had in the above-
26  referenced state court action.

27         18.  This Notice of Removal is filed within thirty (30) days from
28  the service of the complaint on Pershing, LLC.

KYL_LB1139909

1       19.    Pershing, LLC has provided a Notice of Removal to the

2  Clerk of the Superior Court of the State of California for the County of Los

3  Angeles, Central District.  A true and correct copy of that Notice is attached

4  hereto as Exhibit "C."

5      WHEREFORE, Pershing, LLC prays that the above-referenced

6  action pending in the Superior Court of the State of California for the

7  County of Los Angeles, Central District, be removed therefrom to this

8  Court.

9

10

11  DATED:  April 9, 2008

12                         JODI S. COHEN

13                         JASON R. LINDSAY

                             KEESAL, YOUNG & LOGAN

14                         Attorneys for Defendant

                           PERSHING, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_LB1139909

# EXHIBIT A

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 25 2003

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

1  ORSHANSKY & YEREMIAN LLP
   DAVID YEREMIAN, SBN 226337
2  ANTHONY J. ORSHANSKY, SBN 199364
   9401 WILSHIRE BLVD., SUITE 900
3  Beverly Hills, CA 90212
   Phone:  (310) 277-9945
4  Fax:  (310) 277-9946
5
6  Attorney for Plaintiff, SELECT FIDELITY
   TRANSFER SERVICES, LTD.
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

10

11  SELECT FIDELITY TRANSFER            Case No.     BC384457
    SERVICES, LTD.,
12                                      NOTICE OF RELATED CASES
                    Plaintiff,
13
              v.
14
    GARRI CHERNYAVSKIY, URCHIN
15  CAPITAL PARTNERS, LLC, PERSHING,
    LLC and DOES 1 to 100, inclusive
16
                    Defendants.
17

18          Pursuant to Local Rule 7.3(f), Plaintiff Select Fidelity Transfer Services, Ltd. ("Select

19  Fidelity") hereby gives notice that the above-captioned action arises from the same or substantially

20  identical transactions, happenings, and events as those at issue in Chernyavskiy v. Urchin Capital

21  Partners, LLC, et al., Los Angeles Superior Court Case No. BC383938 ("Chernyavskiy Action"),

22  currently assigned to Department 13.

23          Both this action and the Chernyavskiy Action require a determination of the same or

24  substantially identical questions of law and fact, and are likely to require substantial duplication of

25  labor if heard by different judges.

26          Plaintiff Chernyavskiy alleges in his action that he entered into a stock purchase agreement

27  with Defendant Urchin Capital Partners, LLC that he later rescinded.  Chernyavskiy then

28  demanded the return of his stock.  Select Fidelity alleges in the instant suit on information and

COMPLAINT IN INTERPLEADER

1 | belief that title to the stock belongs to Pershing, LLC and that the beneficial owner of said stock is

2 | Urchin.  Select Fidelity seeks to interplead the stock and obtain an order absolving it of liability to

3 | the parties and recover its costs and fees.

4

5 | DATED:  January 24, 2008                    ORSHANSKY & YEREMIAN LLP

6

7 |                                             By _____

8 |                                                  David Yeremian
      Attorneys for Intervenor SELECT FIDELITY
9 |   TRANSFER SERVICES, LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

COMPLAINT IN INTERPLEADER

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 25 2008

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

1  ORSHANSKY & YEREMIAN LLP
   DAVID YEREMIAN, SBN 226337
2  ANTHONY J. ORSHANSKY, SBN 199364
   9401 WILSHIRE BLVD., SUITE 900
3  Beverly Hills, CA 90212
4  Phone: (310) 277-9945
   Fax:  (310) 277-9946
5
6  Attorney for Plaintiff, SELECT FIDELITY
   TRANSFER SERVICES, LTD.
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9          FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT
10
11  SELECT FIDELITY TRANSFER            Case No.
12  SERVICES, LTD.,                     BC384457
                       Plaintiff,
13                                      COMPLAINT IN INTERPLEADER
14            v.
15  GARRI CHERNYAVSKIY, URCHIN
16  CAPITAL PARTNERS, LLC, PERSHING,
    LLC and DOES 1 to 100, inclusive
17                     Defendants.
18
19       Plaintiff, SELECT FIDELITY TRANSFER SERVICES, LTD., alleges as follows:
20       1.  Plaintiff is now and at all times mentioned in this complaint has been a corporation duly
21  authorized to conduct business in Ontario, Canada.
22       2.  Plaintiff is informed and believes and thereon alleges that Defendant Garri Chernyavskiy
23  ("Chernyavskiy") is an individual residing within the County of Los Angeles, California.
24       3.  Plaintiff is informed and believes and thereon alleges that Defendant Urchin Capital
25  Partners, LLC ("Urchin") is a limited liability company organized and existing under the laws of
    the State of Delaware, with its principal place of business in the County of San Francisco, State of
26  California.
27
28

COMPLAINT IN INTERPLEADER

4.   Plaintiff is informed and believes and thereon alleges that Defendant Pershing, LLC ("Pershing") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the County of Hudson, State of New Jersey.

5.   The true names and capacities of Does 1 through 100 inclusive are unknown to Plaintiff. Plaintiff will seek leave to amend this complaint to add additional defendants should the names and capacities become known to Plaintiff.

6.   Chernyavskiy, Urchin, Pershing and Does 1 through 100 inclusive are hereinafter collectively referred to as Defendants.

7.   Plaintiff is informed and believes and thereon alleges that this Court has jurisdiction over Defendants because they do business in and have extensive contacts with California and Los Angeles County.

8.   On or about January 17, 2008, Chernyavskiy filed a complaint in Los Angeles Superior Court, Case No. BC383938 ("Chernyavskiy Complaint"), rescinding the stock purchase agreement and naming Urchin and others as defendants and alleging that the causes of action alleged therein arose in Los Angeles County, California.  Accordingly, venue of this action is proper pursuant to California Code of Civil Procedure §393.

9.   The Chernyavskiy Complaint alleges that Chernyavskiy entered into an equity purchase agreement with Urchin wherein Chernyavskiy would transfer one million (1,000,000) shares of stock of Fortune Market Media, Inc. (the "Stock") to Urchin.  Chernyavskiy transferred the certificates representing the Stock to Urchin and later rescinded the purchase agreement.

10. Plaintiff is a stock transfer agent and was engaged in the transaction to clear the shares of Stock so that they would be transferred pursuant to the agreement of the parties.  Plaintiff is currently in possession of certificates representing the Stock.

11. Defendants and each of them have made conflicting demands upon Plaintiff to the stock, as follows:

   a.   Chernyavskiy has demanded that the Stock be returned to him because he rescinded the agreement.

- 2 -

COMPLAINT IN INTERPLEADER

b.  Plaintiff is informed and believes and thereon alleges that Urchin has requested that the Stock be transferred to Chernyavskiy.  Plaintiff is further informed and believes and thereon alleges that Pershing currently holds title to the Stock.

c.  Pershing, who Plaintiff believes holds title to the Stock, has not directed Plaintiff to transfer the Stock back to Chernyavskiy.

12. Plaintiff cannot resolve the conflicting demands and therefore is unable to determine to whom the Stock should rightfully be delivered.

13. Plaintiff claims no interest in the Stock.  Plaintiff is ready and willing to deliver the Stock to the person who is legally entitled to receive it and brings this action to have the matter legally determined.

14. Plaintiff has incurred costs and reasonable attorney fees relating to this action in the amount of $3,320.00 and may continue to incur fees and costs until the matter is adjudicated with finality as to Plaintiff's obligations.

WHEREFORE, plaintiff prays judgment as follows:

1.  That Defendants and each of them be ordered to interplead and litigate their claims to the subject matter of this interpleader, and be restrained from initiating any other actions against Plaintiff relating to the subject matter of this interpleader;

2.  That the court issue an order requiring delivery of the interpleaded Stock and that, upon compliance with that order, Plaintiff be discharged from liability to any and all of the Defendants with respect to the Stock;

3.  That Plaintiff be awarded costs and reasonable attorney fees incurred in relation to this action to be paid by the Defendants;

//
//
//
//
//

- 3 -

COMPLAINT IN INTERPLEADER

03/18/2008  17:06    3102779946                    LLP                              PAGE  19/23

1    4.  For such other relief as the court deems just.

2    DATED: January 24, 2008         ORSHANSKY & YEREMIAN LLP

3

4                          By

5                               David Yeremian
                  Attorneys for Intervenor SELECT FIDELITY

6                  TRANSFER SERVICES, LTD.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

COMPLAINT IN INTERPLEADER

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Select Fidelity Transfer Services, Ltd. v. Urchin Capital | BC 584457 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I.  Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 1 ☐ HOURS/☑ DAYS

Item II.  Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

Step 1: After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

Step 2: Check one Superior Court type of action in Column B below which best describes the nature of this case.

Step 3: In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

> **Applicable Reasons for Choosing Courthouse Location (see Column C below)**
>
> 1. Class Actions must be filed in the County Courthouse, Central District.
> 2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
> 3. Location where cause of action arose.
> 4. Location where bodily injury, death or damage occurred.
> 5. Location where performance required or defendant resides.
> 6. Location of property or permanently garaged vehicle.
> 7. Location where petitioner resides.
> 8. Location wherein defendant/respondent functions wholly.
> 9. Location where one or more of the parties reside.
> 10. Location of Labor Commissioner Office.

Step 4: Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

| LACIV 109 (Rev. 01/07)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | LASC, rule 2.0<br>Page 1 of 4 |
|---|---|---|

| SHORT TITLE: Select Fidelity Transfer Services, Ltd. v. Urchin Capital | CASE NUMBER |
|---|---|

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|
| **Non-Personal Injury/Property Damage Wrongful Death Tort (Cont'd.)** | | |
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109 Labor Commissioner Appeals | 10. |
| **Contract** | | |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation        Number of parcels_____ | 2. |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | ☐ A6032 Quiet Title | 2., 6. |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 2 of 4

| SHORT TITLE | CASE NUMBER |
|---|---|
| Select Fidelity Transfer Services, Ltd. v. Urchin Capital | |

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br><br>(02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental  (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage<br>Claims from Complex<br>Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br><br>(20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br><br>(42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☑ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| | Partnership Corporation<br>Governance(21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| **Miscellaneous Civil Petitions** | Other Petitions<br>(Not Specified Above)<br><br>(43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

| SHORT TITLE: Select Fidelity Transfer Services, Ltd. v. Urchin Capital | CASE NUMBER: |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1**, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: 3925 Riverton Ave., Unit 212 |
|---|---|
| ☑1. ☑2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |

| CITY: Studio City | STATE: CA | ZIP CODE: 91604 | |
|---|---|---|---|

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Stanley Mosk</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court  (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>January 25, 2008</u>

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

---

### PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

03/18/2008   17:00   3182775946   DYLLF                                    PAGE   02/23

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE   B C 384457
Case Number

## THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below. There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM | |
|---|---|---|---|---|---|---|
| Hon. Gregory Alarcon | 36 | 410 | Hon. William F. Highberger | 32 | 406 | |
| Hon. Conrad Aragon | 49 | 509 | Hon. Ernest M. Hiroshige | 54 | 512 | |
| Hon. Helen I. Bendix | 18 | 308 | Hon. Jane L. Johnson | 56 | 514 | |
| Hon. Elihu M. Berle | 42 | 416 | Hon. Ann I. Jones | 40 | 714 | |
| Hon. Tricia Ann Bigelow | 23 | 315 | Hon. Ruth Ann Kwan | 72 | 731 | |
| Hon. Kevin C. Brazile | 20 | 310 | Hon. Charles C. Lee | 33 | 409 | |
| Hon. Soussan G. Bruguera | 71 | 729 | Hon. Malcolm H. Mackey | 55 | 515 | |
| Hon. Susan Bryant-Deason | 52 | 510 | Hon. Rita Miller | 16 | 306 | |
| Hon. James C. Chalfant | 13 | 630 | Hon. David L. Minning | 61 | 632 | |
| Hon. Victoria Chaney* | 324 | CCW | Hon. Aurelio Munoz | 47 | 507 | |
| Hon. Judith C. Chirlin | 19 | 311 | Hon. Mary Ann Murphy | 25 | 317 | |
| Hon. Ralph W. Dau | 57 | 517 | Hon. Joanne O'Donnell | 37 | 413 | |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Yvette M. Palazuelos | 28 | 318 | |
| Hon. James R. Dunn | 26 | 316 | Hon. Mel Red Recana | 45 | 529 | |
| Hon. Mark Mooney | 68 | 617 | Hon. Alan S. Rosefield | 31 | 407 | |
| Hon. William F. Fahey | 78 | 730 | Hon. Teresa Sanchez-Gordon | 74 | 735 | |
| Hon. Irving S. Feffer | 51 | 511 | Hon. John P. Shook | 53 | 513 | |
| Hon. Edward A. Ferns | 69 | 621 | Hon. Ronald M. Sohigian | 41 | 417 | |
| Hon. Kenneth R. Freeman | 64 | 601 | Hon. Michael C. Solner | 39 | 415 | |
| Hon. Richard Fruin | 15 | 307 | Hon. Michael L. Stern | 62 | 600 | |
| Hon. Terry A. Green | 14 | 300 | Hon. Rolf M. Treu | 58 | 516 | |
| Hon. Elizabeth A. Grimes | 30 | 400 | Hon. Elizabeth Allen White | 48 | 506 | |
| Hon. Paul Gutman | 34 | 408 | Hon. John Shepard Wiley Jr. | 50 | 508 | |
| Hon. Robert L. Hess | 24 | 314 | Hon. Mary Thornton-House | 17 | 309 | |
| | | | Other | | | |

*Class Actions

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____   JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

03/18/2008  17:05    3102779946    YLLP    PAGE  13/23

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David Yeremian, Esq., SBN 226337<br>Oxhansky & Yeremian, LLP<br>9401 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90212 | **CONFORMED COPY**<br>OF ORIGINAL FILED<br>Los Angeles Superior Court |

TELEPHONE NO.: **(310) 277-9945**    FAX NO. (Optional): **(310) 277-9946**
ATTORNEY FOR (Name): **Plaintiff, Select Fidelity Transfer Services, Ltd.**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Los Angeles**
STREET ADDRESS: **111 N. Hill Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **Los Angeles, CA 90012**
BRANCH NAME: **Stanley Mosk Courthouse**

**JAN 25 2008**

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

CASE NAME:
**Select Fidelity Transfer Services, Ltd. v. Urchin Capital Partners, LLC et**

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | **BC384457**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): **One for interpleader**
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: **January 25, 2008**

**David H. Yeremian**
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT B

03/18/2008  17:09   3102779946   ...LLP   PAGE  12/23

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 2 5 2008

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GARRI CHERNYAVSKIY, URCHIN CAPITAL PARTNERS, LLC,
PERSHING, LLC and DOES 1 to 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SELECT FIDELITY TRANSFER SERVICES, LTD.

FAXED

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/español), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/español) o poniéndose en contacto con la corte o el colegio de abogados locales.

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* | CASE NUMBER: <br> *(Número del Caso):* B C 3 8 4 4 5 7 |
|---|---|

Los Angeles Superior Court - Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David H. Yeremian, Esq., SBN 226337
9401 Wilshire Blvd., Suite 900, Beverly Hills, CA 90212, (310) 271-9945

| DATE: <br> *(Fecha)* | JAN 2 5 2008 | JOHN A. CLARKE, CLERK Clerk, by *(Secretario)* | M. GARCIA | , Deputy <br> *(Adjunto)* |
|---|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [X] on behalf of *(specify)*:  *Pershing, LLC*
   under: [X] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
   [ ] other *(specify)*:
4. [X] by personal delivery on *(date)*:  3/21/08

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American Legal Net, Inc.  www.USCourtForms.com

MAR 24 '08 AM10:28

# EXHIBIT C

1 | JODI S. COHEN, CASB No. 151534
jodi.cohen@kyl.com
2 | JASON R. LINDSAY, CASB No. 222532
jason.lindsay@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
5 | Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416
6 |
7 | Attorneys for Defendant
PERSHING, LLC
8 |
9 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
10 | **FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT**
11 |

| | |
|---|---|
| 12  SELECT FIDELITY TRANSFER | ) Case No. BC384457 |
| 13  SERVICES, LTD., | ) |
| | ) *Action Filed:* January 25, 2008 |
|         Plaintiff, | ) |
| 14 | ) *ASSIGNED FOR ALL PURPOSES TO:* |
|      vs. | )     Hon. Ann I. Jones, Dept. 40 |
| 15 | ) |
| GARRI CHERNYAVSKIY, | ) **NOTICE TO THE CLERK OF THE** |
| 16  URCHIN CAPITAL PARTNERS, LLC, | ) **SUPERIOR COURT OF THE FILING** |
| PERSHING, LLC, and | ) **OF REMOVAL AND REMOVAL TO** |
| 17  DOES 1 to 100, inclusive, | ) **UNITED STATES DISTRICT COURT** |
| | ) |
| 18          Defendants. | ) |
| | ) |
| 19 | ) |
| | ) |
| 20 | ) |
| _____ | ) |

21 |
22 | TO THE CLERK OF THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
23 | FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT:
24 |          PLEASE TAKE NOTICE that on April 9, 2008, Defendant PERSHING,
25 | LLC ("Defendant"), filed in the United States District Court, Central District of
26 | California, a Notice of Removal of the above-entitled action to the United States District
27 | Court from the Superior Court of the State of California for the County of Los Angeles,
28 | pursuant to 28 U.S.C. §§ 1332(a), 1335(a), and 1441(a) and (b).  Attached hereto as

NOTICE/CLERK/SUPERIOR COURT/FILING OF REMOVAL AND REMOVAL TO U.S.D.C.

1 | Exhibit "A" is a copy of the Notice of Removal; Notice of Filing of Removal; Declaration of

2 | Jodi S. Cohen; and Notice to Adverse Parties, the originals of which have been filed in

3 | the United States District Court for the Central District of California.

4 |         PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C.

5 | section 1446(d), the filing of the attached Notice of Removal with the federal court effects

6 | removal of this action, and this Court may proceed no further unless and until the case

7 | is remanded.

10 | DATED:  April 9, 2008

11 | JODI S. COHEN
JASON R. LINDSAY
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
PERSHING, LLC

- 2 -

KYL_LB1140186

NOTICE/CLERK/SUPERIOR COURT/FILING OF REMOVAL AND REMOVAL TO U.S.D.C.

# EXHIBIT A

1  JODI S. COHEN, CASB No. 151534
   jodi.cohen@kyl.com
2  JASON R. LINDSAY, CASB No. 222532
   jason.lindsay@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
5  Telephone:    (562) 436-2000
   Facsimile:    (562) 436-7416
6
7
   Attorneys for Defendant
8  PERSHING, LLC

9

10              UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12

13  SELECT FIDELITY TRANSFER          )  Case No.
    SERVICES, LTD.,                   )
14                                    )
                                      )  **NOTICE OF REMOVAL OF**
15                     Plaintiff,     )  **ACTION PURSUANT TO 28**
                                      )  **U.S.C. §§ 1332(a), 1335(a), AND**
16         vs.                        )  **1441(a) AND (b)**
                                      )
17  GARRI CHERNYAVSKIY, URCHIN        )
    CAPITAL PARTNERS, LLC, and        )
18  PERSHING, LLC,                    )
                                      )
19                     Defendants.    )
                                      )
20  _____ )

21

22  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

23  CENTRAL DISTRICT OF CALIFORNIA:

24         PLEASE TAKE NOTICE that Defendant PERSHING, LLC

25  hereby removes to this Court the state court action described below.

26         1.    Defendants have been named as parties in a civil action

27  filed on January 25, 2008, in the Superior Court of the State of California

28  for the County of Los Angeles, Case No. BC384457, entitled <u>Select Fidelity</u>

                              - 1 -

1  Transfer Services, LTD. v. Garri Chernyavskiy, Urchin Capital Partners,

2  LLC, Pershing, LLC and DOES 1 through 100, inclusive. A true and correct

3  copy of the state court complaint is attached hereto as Exhibit "A."

4        2.  The first date upon which Defendant PERSHING, LLC,

5  received a copy of the said complaint was March 21, 2008, when Pershing,

6  LLC was served with a copy of the said complaint and a summons from the

7  said state court. A true and correct copy of the Summons is attached hereto

8  as Exhibit "B."

9        3.  Pershing, LLC, is named as a defendant in the state court

10  complaint as are Garri Chernyavskiy and Urchin Capital Partners, LLC.

11        4.  Garri Chernyavskiy was served with a Summons and

12  Complaint in this action on or about March 23, 2008, and Garri

13  Chernyavskiy agreed to join in this removal. Please see Declaration of

14  Jodi S. Cohen in Support of Removal of Action and Joinder in Notice of

15  Removal of Action filed concurrently herewith.

16        5.  Defendant Urchin Capital Partners, LLC has not been

17  served with the state court complaint, so it has not joined in this removal.

18  Please see Declaration of Jodi S. Cohen in Support of Removal of Action

19  filed concurrently herewith.

20        6.  This removal has been effected within 30 days after the

21  first defendant was properly served with the state court complaint.

22        7.  At the time said action was commenced and at all times

23  thereafter, Pershing, LLC was and is a limited liability company organized

24  and existing under the laws of the State of Delaware with its principal place

25  of business in the State of New Jersey, so Defendant Pershing, LLC was

26  and is a citizen of either Delaware or New Jersey.

27

28  ///

KYL_LB1139909

8.     At the time said action was commenced and at all times thereafter, Defendant Garri Chernyavskiy was and is an individual residing within the County of Los Angeles, California, so Defendant Garri Chernyavskiy was and is a citizen of California.

9.     At the time said action was commenced and at all times thereafter, Defendant Urchin Capital Partners, LLC was and is a limited liability company organized and existing under the laws of the State of Delaware with its principle place of business in the County of San Francisco, in the State of California, so Defendant Urchin Capital Partners, LLC was and is a citizen of either Delaware or California.

10.     Defendant Urchin Capital Partners, LLC, has not been served with the state court complaint, so its residency and citizenship are to be disregarded for purposes of this removal.

11.     At the time said action was commenced and at all times thereafter, Plaintiff Select Fidelity Transfer Services, LTD. was and is a corporation organized and existing under the laws of Ontario, Canada, so Plaintiff Select Fidelity Transfer Services, LTD. is a citizen of Ontario, Canada.

12.     Although fictitiously designated defendants (Does 1–100, inclusive) are referred to in the Complaint, such fictitious defendants are to be disregarded for purposes of this petition pursuant to 28 U.S.C. § 1441(a).

13.     This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1335(a) and is one which Defendant is entitled to remove to this court pursuant to 28 U.S.C. §§ 1441(a) and (b) in that the amount at issue in the civil action of interpleader is $500 or more and two or more adverse claimants, of diverse citizenship as defined in subsection (a) or (d) of section 1332 are claiming or may claim to be entitled to such money or property; in addition, the action

- 3 -

KYL_LB1139909

1   is between citizens of different states or foreign states and the matter in

2   controversy exceeds the sum of $75,000, exclusive of interest and costs.

3   <u>Please see</u> Declaration of Jodi S. Cohen in Support of Removal of Action

4   filed concurrently herewith.

5         14.   Pursuant to 28 U.S.C. § 1335(a) this Court has original

6   jurisdiction for this interpleader action because two or more adverse

7   claimants of diverse citizenship exist in that Defendant Garri Chernyavskiy

8   was and is a citizen of the State of California and Defendant Pershing, LLC

9   was and is a limited liability company organized and existing under the

10  laws of the State of Delaware with its principal place of business in the

11  State of New Jersey, so Defendant Pershing, LLC was and is a citizen of

12  either Delaware or New Jersey.

13        15.   Defendant Garri Chernyavskiy and Defendant Pershing,

14  LLC are the only defendants to have been served with the state court

15  complaint in interpleader, so the served defendants comprise the two or

16  more adverse claimants of diverse citizenship as required by 28 U.S.C.

17  § 1335(a).  Defendant Garri Chernyavskiy has submitted a Notice of Joinder

18  in support of this Removal.  <u>Please see</u> Declaration of Jodi S. Cohen in

19  Support of Removal of Action filed concurrently herewith.

20        16.   Pursuant to U.S.C. § 1335(a) this Court has original

21  jurisdiction for this interpleader action because the subject matter of the

22  interpleader is currently valued at approximately $280,000, which is more

23  than the $500 threshold required by the statute.  <u>Please see</u> Declaration of

24  Jodi S. Cohen in Support of Removal of Action filed concurrently herewith.

25        17.   No further proceedings have been had in the above-

26  referenced state court action.

27        18.   This Notice of Removal is filed within thirty (30) days from

28  the service of the complaint on Pershing, LLC.

KYL_LB1139909

1     19.    Pershing, LLC has provided a Notice of Removal to the
2  Clerk of the Superior Court of the State of California for the County of Los
3  Angeles, Central District.  A true and correct copy of that Notice is attached
4  hereto as Exhibit "C."
5         WHEREFORE, Pershing, LLC prays that the above-referenced
6  action pending in the Superior Court of the State of California for the
7  County of Los Angeles, Central District, be removed therefrom to this
8  Court.
9
10
11  DATED:  April 9, 2008
12                                          JODI S. COHEN
13                                          JASON R. LINDSAY
14                                          KEESAL, YOUNG & LOGAN
                                            Attorneys for Defendant
14                                          PERSHING, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KYL_LB1139909

1  JODI S. COHEN, CASB No. 151534
   jodi.cohen@kyl.com
2  JASON R. LINDSAY, CASB No. 222532
3  jason.lindsay@kyl.com
   KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   400 Oceangate, P.O. Box 1730
5  Long Beach, California 90801-1730
   Telephone:    (562) 436-2000
6  Facsimile:    (562) 436-7416

7  Attorneys for Defendant
8  PERSHING, LLC

9

10           **UNITED STATES DISTRICT COURT**

11          **CENTRAL DISTRICT OF CALIFORNIA**

12

13  SELECT FIDELITY TRANSFER        )  Case No.
    SERVICES, LTD.,                 )
14                                  )  **DECLARATION OF JODI S.**
15                    Plaintiff,    )  **COHEN IN SUPPORT OF**
                                    )  **REMOVAL OF ACTION**
16           vs.                    )
17  GARRI CHERNYAVSKIY, URCHIN )     [28 U.S.C. §§ 1332(a), 1335(a),
    CAPITAL PARTNERS, LLC, and  )    1441 (a) AND (b)]
18  PERSHING, LLC,                  )
19                                  )
                     Defendants.    )
20  _____)

21

22       I, JODI S. COHEN declare as follows:

23       1.    I am an attorney at law duly licensed to practice before this

24  Court and am a shareholder with the law firm of Keesal, Young & Logan,

25  attorneys of record for Defendant Pershing, LLC ("Pershing") in this matter.

26  I have personal knowledge of the facts set forth below except for those

27  stated upon information and belief and, if called upon to testify as a

28  witness, could and would testify competently thereto.

- 1 -

KYL_LB1139922

2.     On March 21, 2008, Pershing's agent for service of process was personally served with a state court Summons and Complaint. The Summons identified Garri Chernyavskiy, Urchin Capital Partners, LLC, Pershing, LLC and DOES 1 to 100, inclusive, as the defendants. A true and correct copy of the Complaint is attached hereto as Exhibit "A." A true and correct copy of the Summons is attached hereto as Exhibit "B."

3.     Pershing is not aware of any other defendants besides those listed above that have been named or served by Plaintiff.

4.     At the time the state court action was commenced and at all times thereafter, Plaintiff Select Fidelity Transfer Services, LTD. was and is a corporation organized and existing under the laws of Ontario, Canada, so Plaintiff Select Fidelity Transfer Services, LTD. is a citizen of Ontario, Canada.

5.     At the time the state court action was commenced and at all times thereafter, Defendant Garri Chernyavskiy was and is an individual residing within the County of Los Angeles, California, so Defendant Garri Chernyavskiy was and is a citizen of California.

6.     At the time said action was commenced and at all times thereafter, Defendant Urchin Capital Partners, LLC was and is a limited liability company organized and existing under the laws of the State of Delaware with its principle place of business in the County of San Francisco, in the State of California, so Defendant Urchin Capital Partners, LLC was and is a citizen of either Delaware or California.

7.     On April 7, 2008, counsel for Plaintiff informed me that Defendant Urchin Capital Partners, LLC, has not been served with the complaint filed in state court, and since Defendant Urchin Capital Partners, LLC, is a bankrupt entity that it will not be served before the time of this removal.

- 2 -

KYL_LB1139922

8.    At the time said action was commenced and at all times thereafter Pershing was, and is, a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business in the State of New Jersey, so Pershing was and is a citizen of either Delaware or New Jersey.

9.    Plaintiff's Complaint alleges a complaint in interpleader. The subject matter of the interpleader is one million (1,000,000) shares of stock of Fortune Market Media, Inc. (the "Stock"). On April 7, 2008, the Stock was valued at 28 cents per share, so the subject matter of the interpleader is currently valued at approximately $280,000. The subject matter of the interpleader is more than the $500 required by 28 U.S.C. § 1335(a).

10.    On April 8, 2008, Defendant Garri Chernyavskiy agreed to join in this Removal and his Notice of Joinder is attached hereto as Exhibit "C."

Executed this 9th day of April, 2008, at Long Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

JODI S. COHEN

- 3 -

KYL_LB1139922

# EXHIBIT C

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| SELECT FIDELITY TRANSFER SERVICES, LTD., | ) | Case No. |
| Plaintiff, | ) ) ) | **JOINDER IN NOTICE OF REMOVAL OF ACTION** |
| vs. | ) | |
| GARRI CHERNYAVSKIY, URCHIN CAPITAL PARTNERS, LLC, and PERSHING, LLC, | ) ) ) | |
| Defendants. | ) ) | |

12
13
14
15
16
17
18
19
20

Defendant GARRI CHERNYAVSKIY, hereby joins in

21  PERSHING, LLC's Notice of Removal to this Court of the state court action

22  described in the said Notice of Removal.

23
24
25  DATED: April 2, 2008
26
27
28

LAURA I. SHIDLOVITSKY
Attorney for Defendant
GARRI CHERNYAVSKIY

1 | JODI S. COHEN, CASB No. 151534
jodi.cohen@kyl.com
2 | JASON R. LINDSAY, CASB No. 222532
jason.lindsay@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
5 | Telephone:  (562) 436-2000
Facsimile:    (562) 436-7416
6 |
7 | Attorneys for Defendant
PERSHING, LLC
8 |
9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA
10 | FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT
11 |
12 | SELECT FIDELITY TRANSFER      ) Case No. BC384457
SERVICES, LTD.,                         )
13 |                                                  ) *Action Filed:* January 25, 2008
                                   Plaintiff,     )
14 |                                                  ) *ASSIGNED FOR ALL PURPOSES TO:*
                                                  ) Hon. Ann I. Jones, Dept. 40
15 |                 vs.                              )
                                                  ) **NOTICE TO ADVERSE PARTIES OF**
16 | GARRI CHERNYAVSKIY,            ) **REMOVAL TO FEDERAL COURT**
URCHIN CAPITAL PARTNERS, LLC, )
17 | PERSHING, LLC, and                   )
DOES 1 to 100, inclusive,              )
18 |                                                  )
                                  Defendants.   )
19 | _____)
20 | TO PLAINTIFF SELECT FIDELITY TRANSFER SERVICES, LTD., AND TO ITS
21 | ATTORNEY OF RECORD:
22 |                 PLEASE TAKE NOTICE that the Notice of Removal of this action was filed
23 | in the United States District Court for the Central District of California on April 9, 2008.
24 | ///
25 |
26 |
27 |
28 | ///

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT                    KYL_LB1139901

1         A copy of said Notice of Removal is attached to this Notice, and is served

2    and filed herewith.

3

4    DATED:  April 9, 2008

5                        JODY S. COHEN

5                        JASON R. LINDSAY

6                        KEESAL, YOUNG & LOGAN

6                        Attorneys for Defendant

7                        PERSHING, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT

KYL_LB1139901

1  JODI S. COHEN, CASB No. 151534
2  jodi.cohen@kyl.com
   JASON R. LINDSAY, CASB No. 222532
3  jason.lindsay@kyl.com
   KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   400 Oceangate, P.O. Box 1730
5  Long Beach, California 90801-1730
   Telephone:    (562) 436-2000
6  Facsimile:    (562) 436-7416

7
   Attorneys for Defendant
8  PERSHING, LLC

9

10            UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12

13  SELECT FIDELITY TRANSFER      )  Case No.
    SERVICES, LTD.,               )
14                                )
                                  )  **NOTICE OF REMOVAL OF**
15                 Plaintiff,     )  **ACTION PURSUANT TO 28**
                                  )  **U.S.C. §§ 1332(a), 1335(a), AND**
16        vs.                     )  **1441(a) AND (b)**
                                  )
17  GARRI CHERNYAVSKIY, URCHIN    )
    CAPITAL PARTNERS, LLC, and    )
18  PERSHING, LLC,                )
                                  )
19                 Defendants.    )
                                  )
20  _____)

21

22  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

23  CENTRAL DISTRICT OF CALIFORNIA:

24           PLEASE TAKE NOTICE that Defendant PERSHING, LLC

25  hereby removes to this Court the state court action described below.

26           1.    Defendants have been named as parties in a civil action

27  filed on January 25, 2008, in the Superior Court of the State of California

28  for the County of Los Angeles, Case No. BC384457, entitled <u>Select Fidelity</u>

                              - 1 -
                                              KYL_LB1139909

1  <u>Transfer Services, LTD. v. Garri Chernyavskiy, Urchin Capital Partners,</u>
2  <u>LLC, Pershing, LLC and DOES 1 through 100, inclusive.</u>  A true and correct
3  copy of the state court complaint is attached hereto as Exhibit "A."

4        2.    The first date upon which Defendant PERSHING, LLC,
5  received a copy of the said complaint was March 21, 2008, when Pershing,
6  LLC was served with a copy of the said complaint and a summons from the
7  said state court.  A true and correct copy of the Summons is attached hereto
8  as Exhibit "B."

9        3.    Pershing, LLC, is named as a defendant in the state court
10  complaint as are Garri Chernyavskiy and Urchin Capital Partners, LLC.

11        4.    Garri Chernyavskiy was served with a Summons and
12  Complaint in this action on or about March 23, 2008, and Garri
13  Chernyavskiy agreed to join in this removal.  <u>Please see</u> Declaration of
14  Jodi S. Cohen in Support of Removal of Action and Joinder in Notice of
15  Removal of Action filed concurrently herewith.

16        5.    Defendant Urchin Capital Partners, LLC has not been
17  served with the state court complaint, so it has not joined in this removal.
18  <u>Please see</u> Declaration of Jodi S. Cohen in Support of Removal of Action
19  filed concurrently herewith.

20        6.    This removal has been effected within 30 days after the
21  first defendant was properly served with the state court complaint.

22        7.    At the time said action was commenced and at all times
23  thereafter, Pershing, LLC was and is a limited liability company organized
24  and existing under the laws of the State of Delaware with its principal place
25  of business in the State of New Jersey, so Defendant Pershing, LLC was
26  and is a citizen of either Delaware or New Jersey.

27

28  ///

KYL_LB1139909

8.     At the time said action was commenced and at all times thereafter, Defendant Garri Chernyavskiy was and is an individual residing within the County of Los Angeles, California, so Defendant Garri Chernyavskiy was and is a citizen of California.

9.     At the time said action was commenced and at all times thereafter, Defendant Urchin Capital Partners, LLC was and is a limited liability company organized and existing under the laws of the State of Delaware with its principle place of business in the County of San Francisco, in the State of California, so Defendant Urchin Capital Partners, LLC was and is a citizen of either Delaware or California.

10.     Defendant Urchin Capital Partners, LLC, has not been served with the state court complaint, so its residency and citizenship are to be disregarded for purposes of this removal.

11.     At the time said action was commenced and at all times thereafter, Plaintiff Select Fidelity Transfer Services, LTD. was and is a corporation organized and existing under the laws of Ontario, Canada, so Plaintiff Select Fidelity Transfer Services, LTD. is a citizen of Ontario, Canada.

12.     Although fictitiously designated defendants (Does 1–100, inclusive) are referred to in the Complaint, such fictitious defendants are to be disregarded for purposes of this petition pursuant to 28 U.S.C. § 1441(a).

13.     This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1335(a) and is one which Defendant is entitled to remove to this court pursuant to 28 U.S.C. §§ 1441(a) and (b) in that the amount at issue in the civil action of interpleader is $500 or more and two or more adverse claimants, of diverse citizenship as defined in subsection (a) or (d) of section 1332 are claiming or may claim to be entitled to such money or property; in addition, the action

KYL_LB1139909

1  is between citizens of different states or foreign states and the matter in
2  controversy exceeds the sum of $75,000, exclusive of interest and costs.
3  <u>Please see</u> Declaration of Jodi S. Cohen in Support of Removal of Action
4  filed concurrently herewith.

5          14.   Pursuant to 28 U.S.C. § 1335(a) this Court has original
6  jurisdiction for this interpleader action because two or more adverse
7  claimants of diverse citizenship exist in that Defendant Garri Chernyavskiy
8  was and is a citizen of the State of California and Defendant Pershing, LLC
9  was and is a limited liability company organized and existing under the
10 laws of the State of Delaware with its principal place of business in the
11 State of New Jersey, so Defendant Pershing, LLC was and is a citizen of
12 either Delaware or New Jersey.

13         15.   Defendant Garri Chernyavskiy and Defendant Pershing,
14 LLC are the only defendants to have been served with the state court
15 complaint in interpleader, so the served defendants comprise the two or
16 more adverse claimants of diverse citizenship as required by 28 U.S.C.
17 § 1335(a).  Defendant Garri Chernyavskiy has submitted a Notice of Joinder
18 in support of this Removal.  <u>Please see</u> Declaration of Jodi S. Cohen in
19 Support of Removal of Action filed concurrently herewith.

20         16.   Pursuant to U.S.C. § 1335(a) this Court has original
21 jurisdiction for this interpleader action because the subject matter of the
22 interpleader is currently valued at approximately $280,000, which is more
23 than the $500 threshold required by the statute.  <u>Please see</u> Declaration of
24 Jodi S. Cohen in Support of Removal of Action filed concurrently herewith.

25         17.   No further proceedings have been had in the above-
26 referenced state court action.

27         18.   This Notice of Removal is filed within thirty (30) days from
28 the service of the complaint on Pershing, LLC.

- 4 -

KYL_LB1139909

19.    Pershing, LLC has provided a Notice of Removal to the Clerk of the Superior Court of the State of California for the County of Los Angeles, Central District.  A true and correct copy of that Notice is attached hereto as Exhibit "C."

WHEREFORE, Pershing, LLC prays that the above-referenced action pending in the Superior Court of the State of California for the County of Los Angeles, Central District, be removed therefrom to this Court.

DATED:  April 9, 2008

JODI S. COHEN
JASON R. LINDSAY
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
PERSHING, LLC

KYL_LB1139909

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV08- 2352 JSL (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

**[X] Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

**[_] Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

**[_] Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| SELECT FIDELITY TRANSFER SERVICES, LTD., | GARRI CHERNYAVSKIY, URCHIN CAPITAL PARTNERS, LLC and PERSHING, LLC |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Los Angeles | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Los Angeles |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| David Yeremian, CASB No. 226337 ORSHANSKY & YEREMIAN 9401 Wilshire Blvd., Suite 900 Beverly Hills, CA 90212 (310) 277-9945  (310) 277-9946 | Jodi S. Cohen, CASB No. 151534 Jodi.cohen@kyl.com KEESAL, YOUNG & LOGAN 400 Oceangate, P.O. Box 1730 Long Beach, CA 90801-1730 (562) 436-2000  (562) 436-7416 |

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** 280,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Complaint in Interpleader, 28 U.S.C. 1335(a)

**VII. NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☒ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes

If yes, list case number(s):

CV08-02352

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (07/05)

CIVIL COVER SHEET

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?    No ☐    Yes ☒

If yes, list case number(s): 08-20527-CV-HUCK/SIMONTON, BC383938

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above
in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Ontario, Canada

List the California County, or State if other than California, in which EACH named defendant resides.    (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles - Garri Chernyavskiy; San Francisco - Urchin Capital Partners (not served); New Jersey - Pershing, LLC

List the California County, or State if other than California, in which EACH claim arose.    (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles, CA
Florida

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____    Date April 9, 2008

Jodi S. Cohen

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |